IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WAYNE POTTER**                                              **PLAINTIFF**

V.                      **CASE NO. 3:07CV00007**

**CIGNA CORPORATION,**
**D/B/A CIGNA HEALTHCARE**
**A/K/A CONNECTICUT GENERAL**
**LIFE INSURANCE COMPANY**                        **DEFENDANT**

**STIPULATED ORDER DISMISSING CIGNA CORPORATION**
**AND SUBSTITUTING CONNECTICUT GENERAL LIFE**
**INSURANCE COMPANY AS DEFENDANT**

By agreement of the parties, Defendant CIGNA Corporation (erroneously identified as CIGNA Corporation d/b/a CIGNA Healthcare a/k/a Connecticut General Life Insurance Company) is hereby dismissed and Connecticut General Life Insurance Company is substituted as the defendant.

IT IS SO ORDERED THIS 7th DAY OF FEBRUARY, 2007

                                                   _____
                                                   JUDGE J. LEON HOLMES

Approved by:

_____
Mark Ledbetter
254 Court - Suite 305
Memphis, TN 389103

Attorney for Plaintiff Wayne Potter

_/s/ Leigh Anne Shults_
Leigh Anne Shults
MITCHELL, WILLIAMS, SELIG
GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

Attorneys for CIGNA Corporation and
Connecticut General Life Insurance
Company