**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WAYNE POTTER**                                                                           **PLAINTIFF**

vs.                            **No. 3:07 CV00007 JLH**

**CONNECTICUT GENERAL LIFE
INSURANCE COMPANY**                                                 **DEFENDANT**

## STIPULATED ORDER OF DISMISSAL

The defendant, Connecticut General Life Insurance Company, asserts that it is not an insurer for the plaintiff's medical bills at issue in this matter. The defendant also asserts that the health insurance plan, for which the defendant is a third party administrator, and under which plaintiff sought payment of his medical bills, is not the "primary" payor for those medical bills. In light of and in reliance upon these assertions, plaintiff, Wayne Potter, wishes to dismiss the above-captioned matter without prejudice and with a right to reinstate the Complaint upon Motion within ninety (90) days from the date of dismissal.

The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE. The Court, however, retains jurisdiction for ninety (90) days following the entry of this Order and may reopen this matter upon Motion for good cause shown.

IT IS SO ORDERED this 19th day of June, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE